# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| Deborah Laufer,<br>Plaintiff,<br><br>v.<br><br>LAKHANI ASSOCIATES LLC,<br>Defendant. | Civil Action No. 2:20-cv-8218 |

## NOTICE OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL

Plaintiff, by and through undersigned counsel, hereby notifies this Court pursuant to FRCP 41(a)(1)(A)(i) that this action is dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

Dated: September 18, 2020

*/s/ Tristan W. Gillespie*
Tristan W. Gillespie, Esq.

THOMAS B. BACON, P.A.
5150 Cottage Farm Rd.
Johns Creek, GA 30022

ATTORNEYS FOR PLAINTIFF,
DEBORAH LAUFER

## ORDER OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, DISMISSED WITH PREJUDICE as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs. The Clerk is directed to close the file.

Dated: September 18, 2020

_____
BRIAN R. MARTINOTTI,
UNITED STATES DISTRICT JUDGE

Dated: 10/05/2020